### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

ISRAEL MOSES JONES,

      Plaintiff,

      v.

BOBBY BOBBIT, Warden,

      Defendant.

CIVIL ACTION NO.: 4:19-cv-339

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's August 21, 2020, Report and Recommendation, (doc. 3), to which no objections have been filed.  The Magistrate Judge recommended the dismissal of this petition as untimely.  (*See*, doc. 3).  At the time of filing his action, an appeal of petitioner's state habeas case remained pending with the Georgia Supreme Court.  (Doc. 1 at 3).  As explained by the Magistrate Judge, prior to seeking relief from the federal courts under 28 U.S.C. § 2254, all state remedies must be exhausted.  (*See*, doc. 3 at 2–3).  As petitioner's state habeas case has not yet been resolved, this petition is not yet ripe for the Court's consideration.   Accordingly, the Court **ADOPTS** the Report and Recommendation (doc. 3) as its opinion.  The complaint is **DISMISSED WITHOUT PREJUDICE** and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 21st day of December, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA