AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ISRAEL MOSES JONES,

   Petitioner,

                      JUDGMENT IN A CIVIL CASE

       v.                    CASE NUMBER: 4:19-cv-339

BOBBY BOBBIT, Warden,

   Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated December 21, 2020, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, judgment is hereby entered dismissing Petitioner's case without prejudice. This case stands closed.

Approved by: _/s/ R. Stan Baker_____

| | |
|---|---|
| December 30, 2020 | John E. Triplett, Acting Clerk |
| Date | Clerk |
| | _/s/ Candy Ashbell_ |
| | (By) Deputy Clerk |

GAS Rev 10/2020